The People of the State of New York, Respondent, v. Victor George Langford, Appellant.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.